# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cr-04048-SRB |
| ) | |
| CAROL JOYCE NOBLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant's Motion to Suppress Statement in Violation of Miranda and for Hearing be denied. (Doc. #43). Defendant filed her objections to the Report and Recommendation (Doc. #44) asking the Court to find the statement was the result of an involuntary, unknowing, and unintelligent waiver of her rights per Miranda.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections, and ADOPTS Judge Whitworth's Report and Recommendation (Doc. #43). Defendant's Motion to Suppress (Doc. #30) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: February 27, 2017